**CV 16 4631**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT LEE HOUSTON
(PLAINTIFF)

AGAINST

BRUCE CAMPBELL OF
KINGSBROOK JEWISH MEDICAL CENTER, BIANCO, J.
KINGSBROOK JEWISH MEDICAL CENTER, LOCKE, M.J.
(DEFENDANTS)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 10 2016 ★
BROOKLYN OFFICE

---

Plaintiff's Pro sé Civil Complaint Pursuant to Title 42, U.S.C. § 1983

---

Jury Trial Yes

Did you file a grievance? N/A
Did you file any similar lawsuits? NO
But I did just win a civil suit. The named action is: Robert Houston (plaintiff) against Thomas Cotter, John Weiss and the County of Suffolk (defendants) There was monell claims which alleged The County of Suffolk used a policy or custom which allowed Corrections officers to place me on Suicide watch as a punishment (cuffs and shackles) I was awarded $70,000 — it is still pending. Docket number 07-CV 03256 (JFB) Judge Joseph F. Bianco was the United States District Court Judge

Plaintiff's address: Robert Lee Houston
Reg# 67620-053
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

Defendant's address:

Defendant (1)
Bruce Campbell
585 Schenectady ave
Brooklyn, N.Y. 11203

Defendant (2)
Kingsbrook Jewish Medical Center
585 Schenectady ave
Brooklyn, N.Y. 11203

Plaintiff alleges the following facts are true: On June 12 2015 I went to Kingsbrook Jewish Medical Center due to severe headache (then) 3 years in duration. I seen a physician by the name of Bruce Campbell (Defendant) who as original interpreting Physician gave me an M.R.I. of my brain on June 12, 2015 at aprox 10:46 am. At the conclusion of this M.R.I. I was sent back to Jail (M.D.C.) Brooklyn, N.Y. The impression given - which the Radiology Report reflects - "Small bilateral middle cranial fossa arachnoid cysts. No other abnormality." There was no treatment plan to correct this problem afforded. Now more then a year later I am still in pain. I now hold Bruce Campbell (defendant) liable for negligence and malpractice which has added to my severe head pain now over 4 years in duration and still. I also hold Kingsbrook Jewish Medical Center liable as an entity under monell for failure to train there employees to provide a treatment plan to patients in there care. Because Bruce Campbell or who ever wrote the Radiology Report didn't even know my date of Birth. I am still in severe pain. My central nervous system has gotten effected I think. I'm not a doctor - I only know I am still suffering

And frankly, I'm scared to ever go back to Kingsbrook Jewish Medical Center again.

Relief Sought:
Plaintiff seeks injunctive relief, mental anguish, pain and suffering in the form of $60 million dollars and for what such further relief (pursuant to the 5th amendment's just compensation clause) this Honorable Court will deem just and propper

I swear under penalty of perjury the above is true

RLH under duress                         8/4/16
SIGNATURE OF PLAINTIFF        DATE SIGNED

67620-053
PRISONER I.D. NUMBER

MDC BROOKLYN, NEW YORK
NAME OF CURRENT FACILITY